

# NUMBER 13-22-00485-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CITY OF MISSION,                                                    Appellant,

v.

PERFORMANCE SERVICES, INC.
D/B/A PERFORMANCE SERVICES
OF TEXAS, INC.,                                                   Appellee.

## ON APPEAL FROM THE 139TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Longoria, Silva, and Peña**
**Memorandum Opinion by Justice Longoria**

This matter is before the Court on appellant's motion to voluntarily dismiss. Appellant no longer wishes to prosecute this appeal as the parties have successfully settled the underlying dispute.

The Court, having considered the motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). The motion to dismiss is granted, and the appeal is hereby dismissed. Pursuant to agreement of the parties, costs are taxed against the party incurring same. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

NORA L. LONGORIA
Justice

Delivered and filed on the
10th day of October, 2024.